FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC 28  PM 4: 22

DISTRICT OF UTAH

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| KIM ALAN SMITH and<br>CHARLA MARIE SMITH,<br><br>Debtors. | 09-27281 WTT<br><br>[Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CREDITOR & ADDRESS (last known) | CHECK AMOUNT |
|---|---|
| IRS<br>Special Procedures<br>50 South 200 East, Mail Stop 5021<br>Salt Lake City, UT  84111 | $0.01 |
| The Newcastle School<br>12257 South 900 East<br>Draper, UT  84020 | $0.41 |
| Intermountain Health Care, Inc.<br>P.O. Box 27808<br>Salt Lake City, UT  84127-0808 | $1.42 |

The addresses listed above constitute the last known addresses in question.  The check in the amount of $1.84 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _28_ day of December, 2010.

_____
Duane H. Gillman, Trustee

SLC_755327.1